/5

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

Plaintiff(s), BENJAMIN WILKES

v.

Case: 2:16-cv-12670
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 07-19-2016 At 10:46 AM
CMP WILKES V. LSG GROUP (DA)

Defendant(s).
LSG GROUP d/b/a SKY CHEFS, Inc.,

## COMPLAINT

I. Defendant(s). Print the full name for each defendant. If there are more defendants, use additional pages to provide their names.

**Name of Defendant(s)**

1. LSG GROUP, d/b/a SKY CHEFS, Inc.

2. Mohammed Moukh

3. _____

4. _____

5. _____

II. Statement of claim. Briefly state the facts of your case. Describe how each defendant is involved, and exactly what each defendant did, or failed to do. Include names of any other persons involved, dates, and places. You may use additional paper if necessary.

Title VII of Civil Rights Act

Race discrimination hostile work env. retaliation

MIED (Rev.5/13) General Civil Complaint

III. Relief. Briefly state exactly what you want the court to do for you.

WHEREFORE PLAINTIFF RESPECTFULLY REQUESTS THIS HONORABLE COURT TO ENTER A JUDMENT, HOLDING DEFENDANT LIABLE FOR COMPENSATORY DAMAGES INCLUDING, BACK PAY, FRONT PAY, BACK AND FRONT BENEFITS, EMBARRASSMENT AND HUMILIATION, PAIN AND SUFFERING HARM TO REPUTATION, AND ALL OTHER SUCH RELIEF THIS COURT DEEMS JUST AND EQUITABLE.

IV. Additional Information. – Briefly enter any additional information, you may use additional paper.

V. Demand for Jury Trial. Check this box if you want your case to be decided by a jury, instead of a judge.

☒ Plaintiff demands a jury trial on all issues.

Dated: 07/19/2016

*Benjamin Wilkes*
Plaintiff's Signature

Benjamin Wilkes
Plaintiff's Printed Name

PO Box 103
Street Address

Belleville MI 48111
City, State, Zip Code

734-796-3841
Telephone Number

Benjamin7Wilkes9@GMAIL.com
E-mail Address

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BENJAMIN WILKES,

        Plaintiffs,

v

Case No.
Hon.

LSG GROUP d/b/a SKY CHEFS, Inc.,

        Defendant.

## COMPLAINT AND DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff, BENJAMIN WILKES and for his Complaint against Defendant, LSG Group, d/b/a Sky Chefs, Inc., states the following:

### INTRODUCTION

1. Plaintiff Benjamin Wilkes was a hardworking and conscientious employee of Defendant LSG Group, d/b/a Sky Chefs, Inc. ("Sky Chefs"). In or around February 2016, an employee of Sky Chefs, Mr. Mohammed Moukh, began to harass Plaintiff due to Plaintiff's race. Plaintiff complained about this harassment to numerous supervisors. However, nothing was done to correct Mr. Moukh's behavior and the harassment continued. In March 2014, Plaintiff was assaulted by Mr. Moukh. Plaintiff also complained about this assault to supervisors. Eventually, on April 8, Plaintiff was terminated due to his race and his repeated complaints about racial discrimination.

1

## PARTIES

2. Plaintiff Benjamin Wilkes is an individual who resides in Belleville, Michigan, Wayne County.

3. Defendant LSG Group, d/b/a Sky Chefs, Inc., on information and belief, is a Texas Corporation doing substantial business in Michigan.

## JURISDICITON AND VENUE

4. This Court has original jurisdiction over Plaintiffs' claims arising under the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991, pursuant to 28 U.S.C. § 1331.

7. This Court has original jurisdiction under Plaintiff's claims alleging race discrimination, hostile work environment, and retaliation pursuant to Title VII of the Civil Rights Act, as amended, 42 U.S.C. § 2000e *et seq.*

8. This Court is the proper venue pursuant to 28 U.S.C. § 1391(b).

## GENERAL ALLEGATIONS

9. Plaintiff Benjamin Wilkes began his employment at Sky Chefs on or about April 17, 2015. During the time he spent at Sky Chefs he was promoted twice, eventually working as a driver. However, he was terminated in result of the events alleged herein around April 8, 2016.

10. In or around February 2016, Plaintiff began to experience problems with an employee of Sky Chef's named Mohammed Moukh.

11. Mr. Moukh would routinely use racial slurs at Plaintiff, including "blackie" and "nigger."

12. Plaintiff complained about this treatment to his supervisors, including DeAngeo, but nothing was done to change the behavior or discipline Mr. Moukh.

13. In or around March 2016, Plaintiff was assaulted by Mr. Moukh.

14. Plaintiff reported this incident to his supervisors, who told him he would no longer be required to work with Mr. Moukh.

15. Despite this assurance, Plaintiff was soon assigned to work with Mr. Moukh.

16. Soon thereafter, on April 4, 2016, Plaintiff was suspended.

17. On April 8, 2016, Plaintiff was terminated due to his race and in retaliation for the reports he made regarding Mr. Moukh.

## COUNT I
## HOSTILE WORK ENVIRONMENT- 42 U.S.C. § 1981

34. Plaintiff incorporates by reference all preceding paragraphs.

35. As an employee of Defendant, Plaintiff had a contractual relationship with the Defendant.

36. Defendant intentionally created a hostile workplace for minority employees by showing favoritism to non-African American employees and failing to investigate reports made by African-American employees of harassment and assault.

37. Defendant intentionally retaliated against employees, including the Plaintiff, who spoke out against the racially discriminatory environment and the treatment of minority employees.

38. Defendant's intentional discrimination and hostile work environment is in violation of the rights of the Plaintiff afforded by the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991.

39. In its' discriminatory actions as alleged above, Defendant acted with malice or reckless indifference to the rights of the Plaintiff as an African-American, thereby entitling him to an award of punitive damages.

WHEREFORE Plaintiff respectfully request this Honorable court to enter a judgment, holding Defendant liable for compensatory damages including; back pay, front pay, back and front benefits, embarrassment and humiliation, pain and suffering, harm to reputation, and all other such relief this Court deems just and equitable. Plaintiff also requests this Court award punitive damages and attorney's fees and costs.

## COUNT II
## RETALIATION- 42 U.S.C. § 1981

40. Plaintiff incorporates by reference all preceding paragraphs.

41. Defendant terminated its contractual relationship with Plaintiff in retaliation to Plaintiff's reports regarding the racially discriminatory treatment.

4

42. Defendant's discrimination and retaliation against Plaintiff is in violation of the rights of the Plaintiff afforded by the Civil Rights Act of 1866, 42 U.S.C. § 1981, as amended by the Civil Rights Act of 1991.

43. In its' discriminatory actions as alleged above, Defendant acted with malice or reckless indifference to the rights of the Plaintiff as an African-American, thereby entitling him to an award of punitive damages.

WHEREFORE Plaintiff respectfully requests this Honorable court to enter a judgment, holding Defendant liable for compensatory damages including; back pay, front pay, back and front benefits, embarrassment and humiliation, pain and suffering, harm to reputation, and all other such relief this Court deems just and equitable. Plaintiff also request this Court award punitive damages and attorney's fees and costs.

## COUNT III
## HARASSMENT - TITLE VII, 42 U.S.C. § 2000e

44. All preceding paragraphs are incorporated by reference.

45. Plaintiff faced unequal treatment in violation of the rights afforded to Plaintiffs under Title VII, 42 U.S.C. § 2000e.

46. Defendant took adverse employment actions against Plaintiff.

47. As a result of Defendant's conduct, Plaintiff has been harmed.

WHEREFORE Plaintiff respectfully requests this Honorable court to enter a judgment, holding Defendant liable for compensatory damages including; back pay, front pay, back and front benefits, embarrassment and humiliation, pain and suffering,

harm to reputation, and all other such relief this Court deems just and equitable. Plaintiff also request this Court award punitive damages and attorney's fees and costs.

## COUNT IV

## RETALIATION - TITLE VII, 42 U.S.C. § 2000e

48. All preceding paragraphs are incorporated by reference.

49. Plaintiff engaged in protected activity.

50. Defendant knew of that protected activity.

51. Defendant took adverse employment actions against Plaintiff.

52. A causal connection exists between the protected activity and the adverse employment actions.

53. As a result of Defendant's conduct, Plaintiff has been harmed.

WHEREFORE Plaintiff respectfully requests this Honorable court to enter a judgment, holding Defendant liable for compensatory damages including; back pay, front pay, back and front benefits, embarrassment and humiliation, pain and suffering, harm to reputation, and all other such relief this Court deems just and equitable. Plaintiff also requests this Court award punitive damages and attorney's fees and costs.

## REQUEST FOR RELIEF

WHEREFORE Plaintiff respectfully requests this Honorable court to enter a judgment, holding Defendant liable for compensatory damages including; back pay, front pay, back and front benefits, embarrassment and humiliation, pain and suffering,

6

harm to reputation, and all other such relief this Court deems just and equitable. Plaintiff also request this Court award punitive damages and attorney's fees and costs.

Respectfully submitted,

[signature]
07/19/2016

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION

**BENJAMIN WILKES,**

   Plaintiffs,

         Case No.
         Hon.

v

**LSG GROUP d/b/a SKY CHEFS, Inc.,**

      Defendant.

___

## DEMAND FOR TRIAL BY JURY

NOW COMES Plaintiff, BENJAMIN WILKES, by their attorneys and hereby demands for a trial by jury, for all issues so triable.

Respectfully submitted,

*[signature]*

07/19/2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

**BENJAMIN WILKES,**

      Plaintiffs,

Case No.
Hon.

v

**LSG GROUP d/b/a SKY CHEFS, Inc.,**

8

Defendant.

_____

_____

## CERTIFICATE OF SERVICE

The undersigned certifies that on _____ the *Complaint and Demand for Trial by Jury* was filed with the Clerk of the Court for the United States District Court, Eastern District of Michigan, Southern Division using the CM/ECF System, which will send notification of such filing to all attorneys and parties of record registered electronically.

Respectfully submitted,

*[signature]*

07/19/16

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
BENJAMIN WILKES

**(b)** County of Residence of First Listed Plaintiff **WAYNE**
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
MILLER COHEN
600 W LAFAYETTE BLVD #4, DETROIT, MI 48226

## DEFENDANTS
LSG GROUP d/b/a SKY CHEFS, Inc.,

County of Residence of First Listed Defendant **WAYNE**
*(IN U.S. PLAINTIFF CASES ONLY)*

County in which action arose: **WAYNE**

Case: 2:16-cv-12670
Judge: Edmunds, Nancy G.
MJ: Whalen, R. Steven
Filed: 07-19-2016 At 10:46 AM
CMP WILKES V. LSG GROUP (DA)

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff and One Box for Defendant)* (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☒ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 365 Personal Injury - Product Liability | ☐ 690 Other | ☐ 423 Withdrawal 28 USC 157 | ☐ 400 State Reapportionment |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | | | ☐ 410 Antitrust |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | | | **PROPERTY RIGHTS** | ☐ 430 Banks and Banking |
| ☒ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | | ☐ 820 Copyrights | ☐ 450 Commerce |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 368 Asbestos Personal Injury Product Liability | | ☐ 830 Patent | ☐ 460 Deportation |
| ☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ☐ 345 Marine Product Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 840 Trademark | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 480 Consumer Credit |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 371 Truth in Lending | ☐ 720 Labor/Management Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 380 Other Personal Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 362 Personal Injury - Medical Malpractice | ☐ 385 Property Damage Product Liability | ☐ 751 Family and Medical Leave Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | | | ☐ 790 Other Labor Litigation | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 791 Employee Retirement Income Security Act | ☐ 865 RSI (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 896 Arbitration |
| ☐ 230 Rent Lease & Ejectment | ☒ 442 Employment | ☐ 510 Motions to Vacate Sentence | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ☐ 240 Torts to Land | ☐ 443 Housing/ Accommodations | ☐ 530 General | | | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 535 Death Penalty | **IMMIGRATION** | | |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | **Other:** | ☐ 462 Naturalization Application | | |
| | ☐ 448 Education | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration Actions | | |
| | | ☐ 550 Civil Rights | | | |
| | | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - Conditions of Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Title VII of Civil Rights Act
Brief description of cause:
Race discrimination, hostile work env, retaliation

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____ DOCKET NUMBER _____

DATE 07/19/2016
SIGNATURE OF ATTORNEY OF RECORD

**FOR OFFICE USE ONLY**
RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

PURSUANT TO LOCAL RULE 83.11

1. Is this a case that has been previously dismissed? ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

2. Other than stated above, are there any pending or previously discontinued or dismissed companion cases in this or any other court, including state court? (Companion cases are matters in which it appears substantially similar evidence will be offered or the same or related parties are present and the cases arise out of the same transaction or occurrence.) ☐ Yes ☒ No

   If yes, give the following information:

   Court: _____

   Case No.: _____

   Judge: _____

Notes : _____

# New Lawsuit Check List

**Instructions:** Put a check mark in the box next to each appropriate entry to be sure you have all the required documents.

| | | |
|---|---|---|
| ☐ | Two (2) completed **Civil Cover Sheets**. | |
| ☐ | Enter the number of defendants named in your lawsuit in the blank below, add 2 and then enter the total in the blank.<br><br>___1___ + 2 = ___3___ **Complaints.**<br># of Defendants        Total<br><br>Received by Clerk: _____ Addresses are complete: _____ | Case: 2:16-cv-12670<br>Judge: Edmunds, Nancy G.<br>MJ: Whalen, R. Steven<br>Filed: 07-19-2016 At 10:46 AM<br>CMP WILKES V. LSG GROUP (DA) |
| ☐ | If any of your defendants are **government agencies**:<br>Provide two (2) extra copies of the **complaint** for the U.S. Attorney and the Attorney General. | |

| **If Paying The Filing Fee:** | **If Asking That The Filing Fee Be Waived:** |
|---|---|
| ☐ Current new civil action filing fee is attached.<br><br>Fees may be paid by check or money order made out to:<br><br>**Clerk, U.S. District Court**<br><br>Received by Clerk: _____ Receipt #: _____ | ☑ Two (2) completed **Application to Proceed in District Court without Prepaying Fees or Costs** forms.<br><br><br><br>Received by Clerk: _(signature)_ |

**Select the Method of Service you will employ to notify your defendants:**

| Service via Summons by Self | Service by U.S. Marshal<br>(Only available if fee is waived) | Service via Waiver of Summons<br>(U.S. Government cannot be a defendant) |
|---|---|---|
| ☐ Two (2) completed **summonses** for each defendant including each defendant's name and address.<br><br><br><br><br><br>Received by Clerk: _____ | ☑ Two (2) completed **USM – 285 Forms** per defendant, if you are requesting the U.S. Marshal conduct service of your complaint.<br><br>☑ Two (2) completed **Request for Service by U.S. Marshal** form.<br><br>Received by Clerk: _(signature)_ | ☐ You need not submit any forms regarding the Waiver of Summons to the Clerk.<br><br><u>Once your case has been filed, or the Application to Proceed without Prepaying Fees and Costs has been granted</u>, you will need:<br>• One (1) **Notice of a Lawsuit and Request to Waive Service of a Summons** form per defendant.<br>• Two (2) **Waiver of the Service of Summons** forms per defendant.<br><br>Send these forms along with your filed complaint and a self-addressed stamped envelope to each of your defendants. |

**Clerk's Office Use Only**

Note any deficiencies here:

Rev. 4/13